IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JAMES W. CHRISTOPHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 105-089 |
| | ) | |
| FNU TINKER and BARBARA BROCK, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motion for summary judgment is **GRANTED**, Defendants' motion to stay is **DENIED** as **MOOT**, this case is **DISMISSED** without prejudice, and this civil action is **CLOSED**.

SO ORDERED this 26th day of June, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE